DENNIS R. THELEN, SBN 83999
KEVIN E. THELEN, SBN 252665
LAW OFFICES OF
LeBeau • Thelen, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
(661) 325-8962; Fax (661) 325-1127

KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
TERESA M. SAUCEDO, #093121
Chief Deputy County Counsel
2900 West Burrell, County Civic Center
Visalia, CA 93291
Phone: (559) 636-4950; Fax (559) 737-4319

Attorneys for Defendants, COUNTY OF TULARE, TULARE COUNTY SHERIFF'S DEPARTMENT, TULARE COUNTY SHERIFF-CORONER WILLIAM WITMANN, AND DEPUTY CHRISTOPHER LANDIN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOPEZ JR., DECEASED, THROUGH HIS CO-SUCCESSORS IN INTEREST, MARIO LOPEZ III AND MICHAEL LOPEZ; ELIDA LOPEZ, Individually; MARIO LOPEZ III, Individually; and MICHAEL LOPEZ, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF TULARE, a public entity, TULARE COUNTY SHERIFF'S DEPARTMENT, a public entity, TULARE COUNTY SHERIFF-CORONER WILLIAM WITTMAN, in his individual and official capacities, DEPUTY CHRISTOPHER LANDIN, Individually, and DOES 1 through 20, Jointly and Severally, <br><br> Defendants. | CASE NO.: 1:11-cv-01547-LJO-SMS <br><br> **JOINT STIPULATION OF THE PARTIES; ORDER** <br><br><br><br><br><br><br><br><br><br> Case Filed:   September 14, 2011 <br> Trial Date:    None set |

///

///

1
**JOINT STIPULATION OF THE PARTIES; [PROPOSED] ORDER**

The parties to the above referenced action, subject to the Court's approval, hereby stipulate to the following:

WHEREAS the parties desire to provide counsel for plaintiffs further time to prepare a response to defendants' Motion to Dismiss and Motion to Strike pursuant to the Federal Rules of Civil Procedure;

WHEREAS counsel for plaintiffs provided a similar professional courtesy to counsel for defendants in allowing defendants further time to respond to the Plaintiffs' Complaint;

WHEREAS counsel for plaintiff has multiple pressing matters that will prevent counsel for plaintiff from preparing a full and complete response to defendants' Motion to Dismiss and Motion to Strike on the currently set briefing schedule;

The parties HEREBY AGREE, subject to the Court's approval, to modify the time frames relating to the defendants' Motion to Dismiss and Motion to Strike as follows:

1.   Defendants' Motion to Dismiss and Motion to Strike was previously scheduled to be heard on Wednesday, November 30, 2011 at 8:30 a.m. in Dept. 4;

2.   Defendants' Motion to Dismiss and Motion to Strike shall now be heard on Wednesday, December 14, 2011 at 8:30 a.m. in Dept. 4;

3.   Plaintiffs' Opposition to the defendants' Motion to Dismiss and Motion to Strike, if any, were previously set to be filed on or before Wednesday, November 16, 2011;

4.   Plaintiffs' Opposition to the defendants' Motion to Dismiss and Motion to Strike, if any, shall now be filed on or before Wednesday, November 30, 2011;

5.   Defendants' Reply to Plaintiffs' Opposition to the Motion to Dismiss and Motion to Strike, if any, were previously set to be filed on or before Wednesday, November 23, 2011;

///
///
///
///
///
///
///

6. Defendants' Reply to Plaintiffs' Opposition to the Motion to Dismiss and Motion to Strike, if any, shall now be filed on or before Wednesday, December 7, 2011;

Respectfully submitted,

Dated: November 2, 2011   LeBEAU • THELEN, LLP

By: /S/ DENNIS R. THELEN
DENNIS R. THELEN, ESQ.
Attorneys for Defendants
COUNTY OF TULARE

Dated: November 2, 2011   KATHLEEN BALES-LANGE
Tulare County Counsel

By: /S/ TERESA M. SAUCEDO
TERESA M. SAUCEDO
Attorneys for Defendants
COUNTY OF TULARE, TULARE COUNTY SHERIFF'S DEPARTMENT, TULARE COUNTY SHERIFF-CORONER WILLIAM WITTMAN, AND DEPUTY CHRISTOPHER LANDIN

Dated: November 2, 2011   HADDAD & SHERWIN

By: /S/ MICHAEL HADDAD
MICHAEL HADDAD, ESQ.
Attorneys for Plaintiffs MARIO LOPEZ JR., DECEASED, THROUGH HIS CO-SUCCESSORS IN INTEREST, MARIO LOPEZ III AND MICHAEL LOPEZ; ELIDA LOPEZ, Individually; MARIO LOPEZ III, Individually; and MICHAEL LOPEZ, Individually,

**ORDER**

Pursuant to its practice, this Court will consider defendants' motions to dismiss and strike on the record, without a hearing. As such, this Court VACATES the November 30, 2011 hearing and does not reset the hearing. This Court accepts the parties' revised briefing schedule, and the motions to dismiss

and strike will be submitted on the papers upon the filing of defendants' reply papers.

IT IS SO ORDERED.

Dated:     **November 2, 2011**                    /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE