DENNIS R. THELEN, SBN 83999
KEVIN E. THELEN, SBN 252665
LAW OFFICES OF
LeBeau • Thelen, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California  93389-2092
(661) 325-8962; Fax (661) 325-1127

KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
TERESA M. SAUCEDO, #093121
Chief Deputy County Counsel
2900 West Burrell, County Civic Center
Visalia, CA 93291
Phone: (559) 636-4950; Fax (559) 737-4319

Attorneys for Defendants, COUNTY OF TULARE, TULARE COUNTY SHERIFF'S DEPARTMENT, TULARE COUNTY SHERIFF-CORONER WILLIAM WITMANN, AND DEPUTY CHRISTOPHER LANDIN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO LOPEZ JR., DECEASED, THROUGH HIS CO-SUCCESSORS IN INTEREST, MARIO LOPEZ III AND MICHAEL LOPEZ; ELIDA LOPEZ, Individually; MARIO LOPEZ III, Individually; and MICHAEL LOPEZ, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, a public entity, TULARE COUNTY SHERIFF'S DEPARTMENT, a public entity, TULARE COUNTY SHERIFF-CORONER WILLIAM WITTMAN, in his individual and official capacities, DEPUTY CHRISTOPHER LANDIN, Individually, and DOES 1 through 20, Jointly and Severally,<br><br>Defendants. | CASE NO.: 1:11-cv-01547-LJO-SMS<br><br>**JOINT STIPULATION OF THE PARTIES; ORDER**<br><br><br><br><br><br><br><br><br><br>Case Filed:    September 14, 2011<br>Trial Date:    None set |

///

///

1
**JOINT STIPULATION OF THE PARTIES; [PROPOSED] ORDER**

1  The parties to the above referenced action, subject to the Court's approval, hereby stipulate to
2  the following:
3  WHEREAS the parties desire to provide counsel for defendants further time to prepare a reply
4  to plaintiffs' Opposition to defendants' Motion to Dismiss and Motion to Strike pursuant to the Federal
5  Rules of Civil Procedure;
6  WHEREAS counsel for plaintiffs provided a similar professional courtesy to counsel for
7  defendants in allowing defendants further time to respond to the Plaintiffs' Complaint;
8  WHEREAS counsel for defendants provided a similar professional courtesy to counsel for
9  plaintiffs in allowing plaintiffs further time to respond to the Defendants' Motion to Dismiss and Motion
10 to Strike;
11 WHEREAS counsel for defendant has multiple pressing matters, including three days of out-of-
12 town events, that will prevent counsel from preparing a full and complete reply to Plaintiffs' Opposition
13 to defendants' Motion to Dismiss and Motion to Strike on the currently set briefing schedule;
14 The parties HEREBY AGREE, subject to the Court's approval, to modify the time frames
15 relating to the defendants' Motion to Dismiss and Motion to Strike as follows:
16 1.  Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss and Motion
17 to Strike was previously scheduled to be filed on or before Wednesday, December 7, 2011;
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2. Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss and Motion to Strike shall now be set to be filed on or before Tuesday, December 13, 2011;

Respectfully submitted,

Dated: December 7, 2011          LeBEAU • THELEN, LLP


By:      /S/  DENNIS R. THELEN
         DENNIS R. THELEN, ESQ.
         Attorneys for Defendants
         COUNTY OF TULARE


Dated: December 7, 2011          KATHLEEN BALES-LANGE
                                 Tulare County Counsel


By:      /S/  TERESA M. SAUCEDO
         TERESA M. SAUCEDO
         Attorneys for Defendants
         COUNTY OF TULARE, TULARE COUNTY SHERIFF'S DEPARTMENT, TULARE COUNTY SHERIFF-CORONER WILLIAM WITTMAN, AND DEPUTY CHRISTOPHER LANDIN


Dated: December 7, 2011          HADDAD & SHERWIN


By:      /S/  MICHAEL HADDAD
         MICHAEL HADDAD, ESQ.
         Attorneys for Plaintiffs MARIO LOPEZ JR., DECEASED, THROUGH HIS CO-SUCCESSORS IN INTEREST, MARIO LOPEZ III AND MICHAEL LOPEZ; ELIDA LOPEZ, Individually; MARIO LOPEZ III, Individually; and MICHAEL LOPEZ, Individually,

**ORDER**

This Court APPROVES the proposed revised deadline to file reply papers and LIMITS reply points and authorities to no more than 10 pages.

IT IS SO ORDERED.

**Dated:   December 7, 2011**              /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE