1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7   MARIO LOPEZ, *et. al.*,          )   CASE NO. CV 11-001547- BAM
                                     )
8              Plaintiffs,           )   **SCHEDULING CONFERENCE ORDER**
                                     )
9                                    )   Initial Disclosure:      February 27, 2012
                                     )
10        v.                         )   Expert Disclosure:       September 28, 2012
                                     )
11                                   )   Supplemental
                                     )   Expert Disclosure:       October 12, 2012
12   COUNTY OF TULARE,               )
     *et. al.*,                      )   Non-expert
13                                   )   Discovery Cutoff:        September 28, 2012
               Defendants.           )
14   _____     )   Expert
                                     )   Discovery Cutoff:        December 15, 2012
15
                                         Pretrial Motion
16                                       Filing Deadline:         February 15, 2013

17                                       Pretrial Motion
                                         Hearing Deadline:        March 15, 2013
18
                                         Settlement Conf.:        Date:  August 29, 2012
19                                                                Time:  10:30 a.m.
                                                                  Dept:  10(GSA)
20
                                         Pretrial Conf.:          Date:  April 3, 2013
21                                                                Time:  8:30 a.m.
                                                                  Dept:  8(BAM)
22
                                         Jury Trial:              **Date: May 13, 2013
23   (10 days est.)                                               Time:  9:00 a.m.
                                                                  Dept.: 8(BAM)
24

25          This  Court conducted a scheduling conference on February 13, 2012.   Counsel Michael

26   _____

27   **       Counsel should note that the trial date has changed to May 13, 2013.

28                                                1

Haddad appeared by telephone on behalf of Plaintiffs.  Counsel Dennis Thelen and Teresa Saucedo appeared by telephone on behalf of Defendants.  Pursuant to F.R.Civ.P. 16(b), this Court sets a schedule for this action.

**1.  Amendment To The Parties' Pleadings**

Proposed amendments will be forwarded to the opposing party no later than **August 1, 2012**.

**2.  Consent To Magistrate Judge**

Pursuant to 28 U.S.C. § 636(c), the parties have consented to conduct all further proceedings in this case, including trial, before the Honorable Barbara A. McAuliffe, United States Magistrate Judge.

**3.  F.R.Civ.P. 26(a)(1) Initial Disclosures**

Initial disclosures shall be completed on or before **February 27, 2012.**

**4.  Discovery Cutoffs And Limits**

Initial expert witness disclosures by any party shall be served no later than **September 28, 2012.** Supplemental expert witness disclosures by any party shall be served no later than **October 12, 2012.** Such disclosures must be made pursuant to F.R.Civ.P. 26(a)(2)(A) and (B) and shall include all information required thereunder.  In addition, F.R.Civ.P. 26(b)(4) and F.R.Civ.P. 26(e) shall specifically apply to all discovery relating to expert witnesses and their opinions.  Each expert witness must be  prepared fully to be examined on all subjects and opinions included in the designations.  Failure to comply with these requirements will result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness.  In particular, this Court will enforce preclusion of testimony or other evidence if F.R.Civ.P. 26(e) is not strictly complied with.    All non-expert discovery, including motions to compel, shall be completed no later than **September 28, 2012**. All expert discovery, including motions to compel, shall be completed no later than **December 15,  2012.**

**5.  Pretrial Motion Schedule**

All pre-trial motions, both dispositive and non-dispositive (except motions to compel,

1   addressed above), shall be served and filed on or before **February 15, 2013.**  Such motions shall be

2   set before  Magistrate Judge Barbara A. McAuliffe not later than **March 15, 2013**.

3          Motions are heard on Fridays at 9:00 a.m., before the Honorable Barbara A. McAuliffe,

4   United States Magistrate Judge, in Courtroom 8. Before scheduling such motions, the parties shall

5   comply with Local Rule 230 or Local Rule 251.  Counsel must comply with Local Rule 251 with

6   respect to discovery disputes or the motion will be denied without prejudice and dropped from

7   calendar.  In addition to filing a joint statement electronically, a copy of the joint statement shall also

8   be sent Judge McAuliffe's chambers by email to bamorders@caed.uscourts.gov.

9          The parties are advised that unless prior leave of the Court is obtained, all moving and

10  opposition briefs or legal memorandum in civil cases before Judge McAuliffe shall not exceed

11  twenty-five (25) pages.  Reply briefs by the moving party shall not exceed ten (10) pages.  These

12  page limitations do not include exhibits.  Briefs that exceed this page limitation, or are sought to be

13  filed without leave, may not be considered by the Court.

14         Counsel or pro se parties may appear and argue motions by telephone, providing a written

15  request to do so is made to Judge McAuliffe's Clerk no later than five (5) court days before the

16  noticed hearing date.  In the event that more than one party requests to appear by telephone, it shall

17  be the obligation of the moving part(ies) to arrange and originate a conference call to the Court.

18                      **Motions for Summary Judgment or Summary Adjudication**

19         Prior to filing a motion for summary judgment or motion for summary adjudication the

20  parties are ORDERED to meet, in person or by telephone, and confer to discuss the issues to be

21  raised in the motion.

22         The purpose of meeting shall be to : 1) avoid filing motions for summary judgment where

23  a question of fact exists; 2) determine whether the respondent agrees that the motion has merit in

24  whole or in part; 3) discuss whether issues can be resolved without the necessity of briefing; 4)

25  narrow the issues for review by the court; 5) explore the possibility of settlement before the parties

26  incur the expense of briefing a summary judgment motion; and 6) to arrive at a joint statement of

27

28                                      3

undisputed facts.

The moving party shall initiate the meeting and provide a draft of the joint statement of undisputed facts.  In addition to the requirements of Local Rule 260, the moving party shall file a joint statement of undisputed facts.

In the notice of motion, the moving party shall certify that the parties have met and conferred as ordered above and set forth a statement of good cause for the failure to meet and confer.

**6.   Mandatory Settlement Conference**

A  Settlement Conference will be held on **August 29, 2012, at 10:30 a.m.** in Courtroom 10 before Magistrate Judge Gary Austin.   Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the settlement conference with the parties and the person or persons having full authority to negotiate and settle the case, on any terms, at the conference.

**No later than seven days prior to the settlement conference**, each party shall submit directly to Judge Austin's chambers at gsaorders@caed.uscourts.gov, a confidential settlement conference statement.  This statement should neither be filed with the clerk of the Court nor served on any other party.  Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently.  Counsel are urged to request the return of their statements.  If such request is not made, the Court will dispose of the statement.

The confidential settlement conference statement shall include the following:

A.     A brief statement of the facts of the case;

B.     A brief statement of the claims and defenses (i.e., statutory or other grounds upon which the claims or defenses are based), a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses, and a description of the major issues in dispute;

C.     A summary of the proceedings to date;

D.     An estimate of the cost and time to be expended for further pretrial and trial matters, including discovery;

E.      The relief sought; and

F.      The party's position on settlement, **including the amount which the party will accept to settle, realistic settlement expectations**, present demands and offers, and a history of past settlement discussions, offers, and demands.

This Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

**7.      Pretrial Conference**

This Court sets a pretrial conference for **April 3, 2013, at 8:30 a.m.** in Courtroom 8 and will be heard before Magistrate Judge Barbara A. McAuliffe. The parties are directed to file a joint pretrial statement which complies with the requirements of this Court's Local Rule 281. In addition, the joint pretrial statement should include a brief factual summary and an agreed upon neutral statement of the case. An additional copy of the joint pretrial statement, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF and shall be e-mailed in WordPerfect format to bamorders@caed.uscourts.gov.

The parties' attention is directed to this Court's Local Rules 281 and 282. This Court will insist upon strict compliance with those rules.

At the pretrial conference, the Court will set deadlines, among others, to file motions in limine, final witness lists, exhibits, jury instructions, objections, and other trial documents.

**8.      Trial Date**

A ten-day jury trial is set for **May 13, 2013, at 9:00 a.m.** in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.

**9.      Effect Of This Order**

This order represents the best estimate of the Court and parties as to the agenda most suitable

to dispose of this case.  If the parties determine at any time that the schedule outlined in this order cannot be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.  Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations with attached exhibits, where appropriate, which establish good cause for granting the relief requested.

Failure to comply with this order shall result in the imposition of sanctions.

IT IS SO ORDERED.

**Dated:**   **February 21, 2012**               **/s/ Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE