UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOPEZ, *et. al.,* | CASE NO. 1:11-cv-01547-BAM |
| Plaintiffs, | ORDER OF DISMISSAL |
| vs | |
| COUNTY OF TULARE, *et. al.*, | |
| Defendants. | |

Pursuant to the Notice of Settlement and Stipulation of Dismissal filed on July 11, 2012 (Doc. 41), this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party is to bear its own fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 17, 2012**     /s/ **Barbara A. McAuliffe**
                              UNITED STATES MAGISTRATE JUDGE